EXHIBIT A

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Ira Alexander Stafford | COURT FILE NO. : 10-cv-03149 MJD/TNL |
| Plaintiff, | |
| vs. | |
| The City of Minneapolis, The Minneapolis Police Department, Officer Joel Pucely, Officer John Doe and Officer Ron Roe and other unidentified members of the Minneapolis Police Department, | JOINT STIPULATION TO DISMISS WITH PREJUDICE |
| Defendants. | |

The City of Minneapolis and Plaintiff, acting by and through their undersigned attorneys of record, hereby stipulate that the Court may dismiss Plaintiff's Complaint against the City of Minneapolis with prejudice and without costs to any party.

## JOINT STIPULATION TO DISMISS WITH PREJUDICE
*Stafford v. Minneapolis, et al.*
Court File No. 10-CV-03149 MJD/TNL

DATED: 2/14/2012

*[signature]*

Kenneth R. White (#0141525)
LAW OFFICE OF KENNETH R. WHITE, P.C.
212 Madison Avenue, Suite 200
Mankato, MN 56001
Telephone: (507) 345-8811
Facsimile: (507) 345-5020
Email: kenwhite@hickorytech.net

*[signature]*

Michael B. Padden (#177519)
PADDEN & ASSOCIATES, P.L.L.C.
Beacon Shores Office Park
950 Inwood Avenue North
St. Paul, MN 55128-6625
Telephone: (612) 669-4542
Facsimile: (952) 888-9589
Email: mike.padden@paddenlaw.com

***Attorneys for Plaintiff***

DATED: 2-21-12

Susan L. Segal
City Attorney
By

*[signature]*

GREGORY P. SAUTTER (#0326446)
Assistant City Attorney
350 South 5th Street, Room 210
Minneapolis, MN 55415
612 673-2683

***Attorneys for Defendants***

2